Lawrence J Riccio
104 Freedom Trail
New Castle, DE 19720

IN THE UNITED STATES DISTRICT COURT
DELAWARE

| | | |
|---|---|---|
| LAWRENCE J. RICCIO<br>104 Freedom Trail<br>New Castle, DE 19720<br>V.<br>UNITED STATES OF AMERICA<br><br>and<br>THE UNITED STATES DEPT. OF<br>VETERANS' AFFAIRS<br><br>and<br>THE NAVAL INSPECTOR GENERAL | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br><br><br><br><br>NO. 06-722 |

## COMPLAINT

### JURISDICTION

1. This action is brought under the Federal Tort Claims Act of 1948, as amended, 60 Stat. 842, 28 USCA, ¶ 1346(b), 2671 et seq.

2. On or about September 21, 2001, Mr. Lawrence J. Riccio, a retired Naval Master Chief reported to the VA Medical Center, Wilmington, Delaware, wherein he presented with symptoms of a stroke.

3. At the emergency room of the U.S. medical facility, Mr. Riccio was advised that he had suffered a transient vascular accident and that he should go home and take 2 aspirin.

4. Following the advice of the doctors at the VA Hospital, without the benefit of any testing, Mr. Riccio returned home and took the aspirin as prescribed.

5. The following day, Mr. Riccio was rushed to the hospital having suffered major stroke because of the failure to properly diagnose and treat his condition by the employees of the United States Government in their medical facility at the VA Hospital.

6. Subsequent thereto, while plaintiff was hospitalized in defendants' VA Hospital in Wilmington, Delaware, defendant, its agents, servants and/or employees failed to provide proper medical and rehabilitative care to him.

7. As a result of the negligence of the defendant, its agents servants and/or employees, Plaintiff suffered a massive stroke which has left him partially paralyzed, with the inability to properly speak, and has rendered him virtually helpless. He has suffered great pain of body and mind, has incurred medical expenses and hospitalizations in excess of $150,000.

WHEREFORE, plaintiff demands judgment against defendants in a sum in excess of $150,000 plus costs and attorney's fees.

_____
Lawrence J. Riccio
PRO SE

21 Nov 06
DATE

# CIVIL COVER SHEET

The US44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFF(S)
Lawrence J. Riccio
104 Freedom Trail
New Castle, DE 19720

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c) ATTORNEYS (FIRM NAME, ADDRESS AND TELEPHONE NUMBER)**
LAWRENCE J RICCIO
104 FREEDOM TRAIL
NEW CASTLE, DE 19720

### DEFENDANTS
United States of America
United States Dept. of Veterans' Affairs
The Naval Inspector General

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**ATTORNEYS (IF KNOWN)**

### II. BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY)
- [ ] 1. U.S. Government Plaintiff
- [X] 2. U.S. Government Defendant
- [ ] 3. Federal Question (U.S. Government Not a Party)
- [ ] 4. Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PLT | DEF | | PLT | DEF |
|---|---|---|---|---|---|
| 1. Citizen of This State | [ ] | [ ] | 4. Incorporated or Principal Place of Business in This State | [ ] | [ ] |
| 2. Citizen of Another State | [X] | [ ] | 5. Incorporated and Principal Place of Business in Another State | [ ] | [X] |
| 3. Citizen or Subject of a Foreign Country | [ ] | [ ] | 6. Foreign Nation | [ ] | [ ] |

### IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

This action is brought under the Federal Tort Claims Act of 1948, as amended, 60 Stat. 842, 28 USCA, ¶ 1346(b), 2671 et seq.

### V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (excl. Veterans)
- [ ] 153 Recovery of Overpayment of Veterans' Benefits
- [ ] 160 Stockholders Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**
PERSONAL INJURY
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury

PERSONAL INJURY
- [X] 362 Personal Injury—Med Malpractice
- [ ] 365 Personal Injury—Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

CIVIL RIGHTS
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/Accommodations
- [ ] 444 Welfare
- [ ] 440 Other Civil Rights

**FORFEITURE/PENALTY**
- [ ] 610 Agriculture
- [ ] 620 Food & Drug
- [ ] 630 Liquor Laws
- [ ] 640 RR & Truck
- [ ] 650 Airline Regs
- [ ] 660 Occupational Safety/Health
- [ ] 690 Other

LABOR
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Mgmt Relations
- [ ] 730 Labor/Mgmt. Reporting & Disclosure Act
- [ ] 740 Railway Labor Act
- [ ] 750 Other Labor Litigation
- [ ] 791 Empl. Ret. Inc. Security Act

PRISONER PETITIONS
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 Habeas Corpus
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 29 USC 157

PROPERTY RIGHTS
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

SOCIAL SECURITY
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC (405(g))
- [ ] 863 DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

FEDERAL TAX SUITS
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS-Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce/ICC Rates/etc.
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 810 Selective Service
- [ ] 850 Securities/Commodities/Exchange
- [ ] 875 Customer Challenge 12 USC 3410
- [ ] 891 Agricultural Acts
- [ ] 892 Economic Stabilization Act
- [ ] 893 Environmental Matters
- [ ] 894 Energy Allocation Act
- [ ] 895 Freedom of Information Act
- [ ] 900 Appeal of Fee Determination Under Equal Access to Justice
- [ ] 950 Constitutionality of State Statutes
- [ ] 890 Other Statutory Actions

### V. ORIGIN (PLACE AN X IN ONE BOX ONLY)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

### VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ Excess of $50,000

Check YES only if demanded in complaint:
JURY DEMAND: [ ] YES [X] NO

### VIII. RELATED CASE(S) IF ANY: (See instructions): NONE
JUDGE Hon.
DOCKET NUMBER

DATE 21 Nov. 2006
SIGNATURE OF ATTORNEY OF RECORD
Lawrence J Riccio

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _06 - 722 2_

## ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

### NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF ___4___ COPIES OF AO FORM 85.

_11-30-06_
(Date forms issued)

_Kathleen M. Tawley_
(Signature of Party or their Representative)

_Kathleen M. Tawley_
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action