IN THE

# United States District Court
## DELAWARE

| | |
|---|---|
| LAWRENCE RICCIO | : CIVIL NO.    22 |
| Plaintiff(s) | : |
| v. | : NOTICE OF ACKNOWLEDGEMENT OF |
| UNITED STATES OF AMERICA, | : RECEIPT OF SUMMONS AND |
| DEPT. OF VETERANS' AFFAIRS and | : COMPLAINT |
| THE NAVAL INSPECTOR GENERAL | |

## NOTICE

TO:  NAVAL INSPECTOR GENERAL
     1014 "N" Street SE , Suite 1000
     Washington, D.C.  20350

The enclosed summons and complaint are served pursuant to Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.
You must complete the acknowledgement part of this form and return one copy of the completed for to the sender within 20 days.

You must sign and date the acknowledgement. If you are served on behalf of a corporation, unincorporated association (including a partnership) or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return this form to the sender within 20 days, you (or the party on whose behalf you are being served) may be required to pay any expense incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete an return this form you (or the party on whose behalf you are being served) must answer the complaint within 20 days. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice of Acknowledgment of Receipt of Summons and Complaint was mailed on September 24, 2003.

X _Lawrence J Riccio_ PRO SE
LAWRENCE J RICCIO, PRO SE
21 November 2006
(Date of Signature)

---

### ACKNOWLEDGEMENT OF RECEIPT OF SUMMONS AND COMPLAINT
I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above-captioned matter at _____
(insert address)

_____
(Signature)

_____
(Relationship to Entity/Authority to Received Service of Process)

_____
(Date of Signature)