OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

RE: C.A.# _06-722_

CASE CAPTION: _Riccio_ v. _USA, et al._

### ACKNOWLEDGMENT OF RECEIPT FOR F.R.Civ.P. 4

I hereby acknowledge receipt of a copy of Rule 4 (Summons) of the Federal Rules of Civil Procedure, and understand that it is my responsibility to make service of process on defendants in accordance with this rule.

Date Received by Plaintiff: _12/9/06_    Signed: _Lawrence J. Riccio_
                                         Pro Se Plaintiff

Date Received by Clerk's office: _12/13/06_    Signed: _Beth Dinen_
                                               Deputy Clerk

Note: If you received Federal Rule 4 by mail, please sign this receipt and return it to:

Clerk
U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801

If applicable, Rule 4 mailed to plaintiff:

_____
Date mailed

_____
By Deputy Clerk

cc: Docketing Clerk

wp\forms\rule4receipt 2-04



FILED
DEC 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

OFFICE OF BRUCE L. HUDSON
N. KING STREET, SUITE 302
[W]ILMINGTON, DE 19801

Clerk
U.S. District Court
844 N. King Street
PO Box 18
Wilmington DE 19899-0018

U.S.M.S.
X-RAY



stamps .com  $0.390
DEC 12 2006
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 19801
062S0000749527