IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LAWRENCE J. RICCIO, :
:
       Plaintiff, :
:
v. :
: Civil Action No. 06-722-GMS
UNITED STATES OF AMERICA, :
UNITED STATES DEPARTMENT :
OF VETERANS AFFAIRS, and :
NAVAL INSPECTOR GENERAL. :
:
       Defendants. :

### STIPULATION TO AMEND CAPTION

It is hereby STIPULATED by and between the parties that the caption of this matter be amended to read: "*Lawrence J. Riccio v. United States of America.*" The "United States Department of Veterans Affairs" and "Naval Inspector General" are not properly named parties.

*[signature]*
Lawrence J. Riccio
*Pro Se*
104 Freedom Trail
New Castle, DE 19720

COLM F. CONNOLLY,
United States Attorney

*[signature]*
Patricia C. Hannigan
Assistant United States Attorney
Delaware Bar I.D. No. 2145
The Nemours Building
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, DE 19801
(302) 573-6277
Patricia.Hannigan@usdoj.gov

**LAWRENCE J. RICCIO**
*Pro Se*

**Counsel for:**
**UNITED STATES OF AMERICA**

IT IS SO ORDERED this _____ day of _____, 2007.

_____
HONORABLE GREGORY M. SLEET
District Judge