Lawrence J. Riccio

104 Freedom Trail

New Castle, Delaware 19720

Phone 302.276.1968

June 8, 2007

Dear Judge Sleet,

I am contacting you and writing this on behalf of my husband who has the following life time medical issues : full right side paralysis, seizure and speech disorders and other related disorders. My husband's name is Lawrence J. Riccio, he is a 69 year old retired Senior Chief who served our country for 31 years in the United States Navy: Silent Service Submarines. He is a native of New Castle, Delaware. His case number is: Civil Action Number 06-722-GMS/ 05-820-GMS. I was told to explain this situation in writing by your assistant and to keep you informed.

My husband had a stroke in September of 2001. We were not able to afford any attorney's fees here in Delaware and I saw a television add for the law firm of Hochberg, Napoli & Diamond in Philadelphia. In 2001 Mr. Jack Bernstein of this law firm accepted this case on a contingency basis. Around 6 months ago we discovered that Mr. Bernstein was not qualified to handle this type of case, was not licensed to practice law in the state of Delaware, made constant errors in the case and caused the case to miss several deadlines etc. We discovered Mr. Bernstein and this law firm were/are being sued by numerous individuals and large corporations for fraud and public deception etc. We discovered this individual had done nothing for my husband's case for the past five plus years and had been lying to us. He refused to release the records for this case and we believe the law firm still has pertinent records that were not given to us and we cannot obtain them.

At the end of February 2007 we were referred to Bruce Hudson, an attorney here in Wilmington Delaware. Mr. Hudson told us he would review the case, attorneys like Jack Bernstein and Philadelphia attorneys in general gave respectable attorneys like himself a bad reputation and apologized for what had been done to us. Mr. Hudson told us he would file with your office for an extension which you granted and we are truly grateful to you for this. During our first meeting with Mr. Hudson he told us he was very busy but at the least he would file for the extensions etc. Since our first meeting with Mr. Hudson we were in contact with his secretary, Katy, who told us on more than one occasion that Mr. Hudson had accepted the case and was representing my husband. We have been unsuccessful in our attempts by phone and fax to reach Mr. Hudson for these past 5 weeks and were told he no longer had a secretary as Katy had been fired.

I spoke with Mr. Hudson's partner yesterday and insisted we speak with him as it was an emergency and were able to speak with Mr. Hudson late yesterday afternoon 6/7/2007. Mr. Hudson informed us

yesterday that "He was too busy to accept the case." We were both shocked and very confused. Mr. Hudson told us he would call this morning 6/8/07, it is now 12 noon and when I called his office this morning a woman told me "Mr. Hudson was not in the office yet and would call us as soon as he got in." That was 3 hours ago.

We are now actively and frantically searching for another attorney and were referred to Steve Brinton in Mr. Dulle's office here in Wilmington. He told us to send this letter to you. I will spend today trying to contact Mr. Hudson and have him speak with Mr. Brinton and immediately send my husband's file to him. Mr. Brinton told me do get this done asap as he and his law firm would be going on an extended vacation soon. I suspect my husband's case will need more time due to the lack of Mr. Bernstein's ethics and Mr. Hudson's not communicating with us and yesterday now telling us he would not take the case causing us to lose more time.

On behalf of my husband Lawrence and myself I want to thank you for your time and consideration . We hope that you would be willing to grant another extension for this case due to the extenuating circumstances.

Respectfully,

*Lawrence J. Riccio*

Lawrence J. Riccio

Senior Chief USN Retired, Silent Service Submarines

Thank-You once again Your Honor.
Respectfully,
Vivian C. Vischetti-Riccio