Lawrence J. Riccio

104 Freedom Trail

New Castle, Delaware 19720

Phone 302.276.1968

8/7/07


Dear Judge Sleet,

As per my telephone conversation with your office I am sending this letter to you requesting an extension for my husband's case:

Case Name: Riccio v. USA et al

Case Number: 1:06-cv-722

Enclosed please find copy of paperwork with all information.

As directed by your office, I also called and spoke with Patricia C. Hannigan, Assistant United States Attorney.  Patricia told me she had no problems with granting an extension and I also sent a letter to her as well.

Esquire Edwin Colon and Dr. Reed of Widener Law School are both currently reviewing this case. We have a meeting set up with them tomorrow afternoon, 8/7/07 and we will keep in constant communication with your office and Patricia's.

We thank you for your time in this matter.

Respectfully,

*Vivian Vischetti for Lawrence J. Riccio*

Vivian Vischetti for my husband:

Lawrence J. Riccio Senior Chief

USN, Retired

Submarines Service



FILED

AUG 1 0 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Lawrence J. Riccio

104 Freedom Trail

New Castle, Delaware 19720

Phone 302.276.1968

8/7/07


Dear Patricia,

As per my telephone conversation with you I am sending this letter to you for the extension we are asking for.  Enclosed is the information for my husband's case.

Esquire Edwin Colon and Dr. Reed of Widener Law School are currently reviewing this case.  We have a meeting set up with them for tomorrow afternoon, 8/8/07, and we will keep in constant communication with your office and Judge Sleet's office.

We thank you for your time in this matter.



Respectfully,

Vivian Vischetti for

Lawrence J. Riccio Senior Chief

USN Retired

Silent Service Submarines

CM/ECF LIVE - U.S. District Court:ded                                    Page 1 of 1

*8:30 am.*

*573.6170*

## Other Orders/Judgments
1:06-cv-00722-GMS Riccio v. USA et al
PaperDocuments

*Judge Slee*
*assist. +*
*courtroom*
*dep.*
*case #*

### U.S. District Court

### District of Delaware

## Notice of Electronic Filing

The following transaction was entered on 2/27/2007 at 4:53 PM EST and filed on 2/27/2007
**Case Name:**       Riccio v. USA et al
**Case Number:**     1:06-cv-722
**Filer:**
**Document Number:** No document attached

**Docket Text:**
SO ORDERED, re [7] Stipulation filed by Naval Inspector General, United States Dept of Veterans'
Affairs, USA. Ordered by Judge Gregory M. Sleet on 2/27/2007. (asw)


**1:06-cv-722 Notice has been electronically mailed to:**
Patricia C. Hannigan patricia.hannigan@usdoj.gov, maureen.davis@usdoj.gov

**1:06-cv-722 Notice has been delivered by other means to:**

Lawrence J. Riccio
Lawrence J. Riccio, Pro se
104 Freedom Trail
New Castle, DE 19720