IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAWRENCE J. RICCIO | ) |
|     *Pro Se* Plaintiff | ) ) ) ) |
| v. | ) ) ) |
| UNITED STATES OF AMERICA, et al. | ) ) ) |
|     Defendants | ) |

Civil Action No. 06-722 GMS

**<u>ORDER</u>**

WHEREAS, on November 30, 2006, a complaint was filed in the above-captioned case (D.I. 1);

WHEREAS, on February 12, 2007, the defendants filed an answer to the complaint (D.I. 5);

WHEREAS, on February 21, 2007, a Scheduling Order was issued by the court (D.I. 6). Discovery was due to be completed by August 20, 2007, and dispositive motions were due on October 22, 2007;

WHEREAS, on August 10, 2007, the plaintiff filed a letter motion for extension of time in order to obtain counsel to represent him. The court will construe the letter motion as a motion to stay the case pending the entry of appearance of counsel. The letter indicated that Assistant United States Attorney Patricia Hannigan had no opposition to an extension of time (D.I. 9);

WHEREAS, to date, the court's docket reflects that no further activity has occurred in this case, including the entry of appearance of counsel for the plaintiff.

IT IS HEREBY ORDERED that:

1. The plaintiff's motion to stay the case in order to obtain legal representation is GRANTED;

    2. The plaintiff will have until December 31, 2007, within which to either obtain legal representation or notify the court that he intends to proceed pro se; and

    3. No further extensions of time will be granted.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

November ___30___, 2007



FILED

NOV 30 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE