Lawrence J. Riccio

104 Freedom Trail

New Castle, Delaware 19720

Phone 302.276.1968


Dear Judge Sleet,

I am writing this on behalf of my husband, Lawrence J. Riccio, Sr. Chief USN Retired, Silent Service Submarine Forces to ask you for an extension for his case. I spoke with Cynthia Tyer-Daly in your office and she told me to send this to you overnight express mail and it will be done today. I also spoke with Patricia Hannigan's office and they told me to do the same and that Patricia had no problems with any further extensions being granted so that my husband can find an attorney and then have the opportunity to have his case heard before you in court.

My husband is a 31 year, retired, career, military professional who only wants the opportunity to obtain proper legal representation and then have his case presented before you for a fair and just hearing in your court room. He is a good and truly humble man who makes no demands nor did he ever or does he in any way feel he is owed anything because he is a veteran. Please have understanding and compassion as a human being and grant him the extensions and time he needs to find the help he needs.

I have been searching non- stop without exaggeration for help and have literally called almost every attorney in the Delaware Yellow Pages. No one wants the case because "It is too much work and trouble!" I have been insulted, ridiculed and so has my husband.

The problem is with a Jack Bernstein from Philadelphia, Pa. who took the case and lied to us and did absolutely nothing ! He and the law firm of Hochberg, Napoli and Diamond in Philadelphia are now defunct and are all being sued by both corporations and individuals for fraud etc. I called him for help after seeing their television advertisement as we could not afford the huge legal fees demanded by attorneys here at the time. Mr. Bernstein also messed the case up big time because he did not know what to do and was actually reprimanded by the government who had to tell him what to do and then he never followed through and continued lying all the time telling us he was "Moving the case along successfully!" One attorney told us "You have to have deep pockets to have this case taken and won successfully and because you do not then I will not take this case !"

Mr. Edward Colon is trying to help us now and has not been able to get any type of response to date from Patricia Hannigan's office for several months. I spoke with Patricia's secretary, Maureen, today and she told me she spoke with Mr. Colon today and to contact your office and to have Mr. Colon do the same. The V.A. has been refusing to release all of my husband's record's to Mr. Colon also even though he has my husband's signature on all of the required legal release forms.

We have been doing the very best we can and beyond that and are asking you to please grant a one year extension or more because the attorneys all said that it would take that long to go back to the beginning and redo everything that Mr. Bernstein did not do properly or professionally. It will take a lot of work to clean up this mess and get the case together and presented properly before you in court.

Please will you help us and consider these extenuating circumstances and help us ?

Thank you so much for your time and consideration.

Respectfully,

Vivian for my husband Lawrence J. Riccio USN Retired, Sr. Chief, Submarine Service

*Vivian and*
*28 December 2007*
*Lawrence J. Riccio*

FILED

JAN - 7 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE