Lawrence J. Riccio

104 Freedom Trail

New Castle, Delaware 19720

Phone  302.276.1968

1/9/2008



Dear Honorable Judge Sleet,

I am writing this to keep you informed of my husband's case ( Lawrence J. Riccio of above:  case #:06-722-GMS ).

 Craig Bash M.D. of Bethesda, Maryland  ( His information is included with this letter to you along with his email response to us.) has my husband's records, will review them and will write up the required letter for your court if he feels there is a case for my husband.  Dr. Bash told me to provide you with his information as he believes there is a strong case.

We had a telephone conference meeting yesterday with Mr. Martin Siegal, attorney and he told us the following:

1.) His immediate answer to our request for his representation of my husband in this case was a yes but that he wanted the information from Dr. Bash.
2.) He also wants Dr. Bash's letter/response.  Dr. Bash told us this would take him two to four weeks to prepare.  Dr. Bash will send you the same if your office requires it when it is completed.

3.) He wants to know when you give us your answer what type of an extension you may be willing to grant for this case.

4.) He wants to know exactly where the case is now. I sent him all of the paperwork from your office and Pat Hannigan's office.

5.) Mr. Rob Graham, retired Jag attorney, will also be working with Mr. Siegal on this case, if Dr. Bash's review states that there is a case.

Enclosed please find a copy of Edwin Colon's letter to us dated 31 December 2007 and our response to this letter that is filled with many inaccurate statements.

Mr. Colon, like Mr. Bernstein both misrepresented themselves, were not and are not capable of handling these types of cases, lied to us for extended periods of time, ( Mr. Bernstein did so for 3 plus years.) made many serious errors, let deadline dates pass without telling us and basically dropped the case without telling us and continued to lie to us telling us "They were still handling the case, not to worry and don't contact any offices etc. because they were doing so on a consistent basis."

We have been calling Mr. Colon on a consistent basis and it always took him over two weeks to respond if at all. The week before the 31 December 2007 deadline date we were finally able to speak with Mr. Colon and he basically gave my husband the run around and double talk to the point where my husband broke down into tears and hung up the phone distraught telling me " I just cannot take it anymore with these attorneys who just lie to me." I then immediately called Mr. Colon back and he told me " I was just going to wait and let the deadline date pass and then tell your husband that he does not have a case!" Judge Sleet,

this is totally unethical. This was the exact opposite of what Mr. Colon was telling us when he accepted the case. Mr. Colon did accept this case because my husband signed paperwork from Mr. Colon's office regarding fees, power of attorney, rights to obtain and access medical records etc. in front of me in our home. During the signing of these papers, Mr. Colon told us "He had high ranking Delaware Government Officials who would back him in this case and who would be calling us and they never did.

We thank you for your time and consideration. We hope you will grant the extension needed.


Respectfully,

*Lawrence J. Riccio*
USN, Retired

*Vivian Vischetti for Lawrence Riccio*


CC: Pat Hannigan

    Dr. Bash

    Martin Siegal

# National Veterans Organization

Welcome to The National Veterans Organization of America

HOME

**Members Only**
The VSO Book
Shelf
Member News
Members Mailbox

**Membership Information**
Who We Are
Members At Work
Important Issues
Our Billboards
NVO In The News
Reasons To Join NVO
Sign Me Up!

**Dealing With The VA**
Claims Tips
Attorneys That Represent Vets
Doctors That Help Vets
Reference Material
General VA Information
VA Workload Reports
Using The Privacy Act

**NVOA Service Officers**
About Our Service Officers
Find A Service Officer
Become A Service Officer

**Other Information**
NVOIS Veterans Software
Interesting Links
NVOA File Library

**Non-NVOA Info**
Webmaster's Page
Navy Aircrewmen's Association

## Physicians And Medical Personnel Who Work With Veterans

Craig N. Bash M.D., Neuro-Radiologist
7831 Woodmont Avenue, Bethesda, MD 20814
Phone: (301) 767-9525 - Fax: (301) 365-2589
Email: myelinman@hotmail.com

Dr. Bash is a disabled quadriplegic paralyzed veteran who was injured in medical school in 1984. He received his B.S. from the United States Air Force Academy in 1979 and a master's degree in business from Golden Gate University in 1981 while at Nellis Air Force Base. He graduated from the Military's Medical School (Uniformed Services University of the Health Sciences [USUHS]) in Bethesda Maryland in 1985. He went on to specialize in Radiology and Neuroradiology (11 years of combined medical training following college) after which he worked as a civil servant on an Apache Indian Reservation, then in private practice, then as Deputy Director of Medical Services for the Paralyzed Veterans of America (PVA). While with the PVA his job was to do site visits at the VA's spinal cord injury centers and write medical evaluations for veterans in need of assistance with their medical problems. He is currently on staff at USUHS and is a guest researcher at the National Institutes of Health (NIH) in the experimental neuro imaging section. He is board certified in Radiology and is a senior member of the American Society of Neuroradiologists and is as such only one of about 2000+ Neuroradiologists in the United States.

He has been doing Independent Medical Evaluations (IMEs) for disabled veterans since 1986. As a radiology specialist he is able to write opinions in support of any medical problem in the orthopedic, urinary,


*Who Is NVOA?*
We hope you will take the time to browse our site and see what we are doing to help all veterans.


*Check Out Our PX!*
Ballcaps, Shirts, Pins, Flags and a lot more!


*Join in!*
Information, news, discussion forums, more!


*Support Our Troops!*
They need our help, now and in the future

4

pulmonary, gastrointestinal, reproductive or cardiovascular areas. As a neuroradiology sub-specialist he is able to additionally fully evaluate the nervous system. He often will utilize imaging studies or imaging study reports during his patient medical evaluation research to help better evaluate the medical diagnosis and to better evaluate any potential service causation.

He has worked extensively with both Veterans Service Organizations (VSOs) and attorneys who represent veterans. He is accredited to review medical records for veterans and has done so for the DAV, PVA, American Legion, Purple Heart, VFW and, of course, The National Veterans Organization of America.

As a disabled veteran he is empathetic to both the medical and administrative needs of his disabled colleagues.

Dr. Bash currently has a very high success rate in claims at both the Board of Veterans Appeals level and with the regional offices/decision review officer teams. He has helped hundreds of veterans receive medical benefits. Many of these veterans have received significant monetary retoractive awards, the value of which totals in the millions of dollars range.



*Learn How The VA Claims System Works Buy This Course! Take the correspondence course NVOA uses to train our service officers. Click here for details*

Subj: **RE: Please Help !**
Date: 1/6/2008 8:46:35 AM Mountain Standard Time
From: myelinman@hotmail.com
To: lotusbe@aol.com

HI Yes I can likely help...I am not part of the VA. I provide independent opinions to Pts.

Looks like VA did not provide quality care for his stroke and you have a 1151 malpractice claim pending???
Before I write anything final I will need to see all of the records.
Call my cell phone 301-651-6392 as I am on travel until 9 Jan 2008
Thx
Dr B


Craig N. Bash M.D., M.B.A.
Board Certified-Associate Professor-Neuroradiology
7831 Woodmont Ave.
Bethesda, Md 20814
**Message Service:** (+1) 301-767-9525   **Fax:** (+1) 301-365-2589
**web site:** www.veteransmedadvisor.com
**alternate emails:** DrBash@doctor.com
                      myelinman@hotmail.com

Lawrence J. Riccio

104 Freedom Trail

New Castle, Delaware 19720

1/9/2008


Dear Edwin,

Regarding your 31 December letter 2007:

1.) Several months ago in our home you told me and my wife that you did accept my case ( I signed all of the paperwork for this when you brought it to me). You told us that you felt it was a very strong case. You told us you could not promise anything but that you would try your best including having several Delaware State officials call me which never happened.
2.) You never called me to confirm that you would deny accepting my case. My wife and I both called you several times for two plus weeks before the deadline date of 31 December 2007 to find out what you were doing and to tell you we were concerned about the deadline date passing and we did not want this to happen.
3.) We called you on 28 December after not receiving any return phone calls from you and after the second or third call that day you finally returned our calls and spoke with me telling me over and over again " I cannot win this case!" and this is not what you originally told us.
4.) I was very upset, shocked and distraught with your response to me and could no longer handle your double talk and response which was the opposite of what you originally told me when you accepted my case.
5.) My wife immediately called you after I spoke with you because I was so upset and distraught and you told her "I did not want to speak with your husband and I was just going to let the 31 December 2007 deadline date pass and then tell your husband that I would not represent him!"

7

6.) At no time did you ever provide me or my wife with ANY information regarding the next steps that could be taken to preserve my claim. You had enough time to do so with both of us on the phone but you did not because you had NO intention whatsoever in helping us to preserve my case as you stated to my wife that you were going to let the deadline date pass.

7.) You were told by me and by my wife during the two conversations we had with you on 28 December 2007 and during every other conversation we ever had with you that we wanted to preserve my case and to IMMDEIDATELY return all of my files to our home. You were told these things once again on 28 December 2007 and yet in your letter you state otherwise.

8.) You never told us or contacted us to tell us that you closed my case file and that you had no intention of representing me.

I do not appreciate your dishonesty in your words, behaviors and now this recent letter dated 31 December 2007. I feel I had to respond to this in writing to you.

Lawrence J. Riccio

8