IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LAWRENCE J. RICCIO | ) | |
| | ) | |
|     *Pro Se* Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-722 GMS |
| | ) | |
| UNITED STATES OF AMERICA, et al. | ) | |
| | ) | |
|     Defendants | ) | |

## ORDER

WHEREAS, on November 30, 2006, a complaint was filed in the above-captioned case (D.I. 1);

WHEREAS, on February 12, 2007, the defendants filed an answer to the complaint (D.I. 5);

WHEREAS, on February 21, 2007, a Scheduling Order was issued by the court (D.I. 6). Discovery was due to be completed by August 20, 2007, and dispositive motions were due on October 22, 2007;

WHEREAS, on August 10, 2007, the plaintiff filed a letter motion for extension of time in order to obtain counsel to represent him. The court will construe the letter motion as a motion to stay the case pending the entry of appearance of counsel. The letter indicated that Assistant United States Attorney Patricia Hannigan had no opposition to an extension of time (D.I. 9);

WHEREAS, on November 30, 2007, the court issued an Order staying the case until December 31, 2007, in order for the plaintiff to obtain legal representation (D.I. 10);

WHEREAS, on January 7, 2008, the plaintiff filed a letter motion to stay this case for a period of one (1) year (D.I. 11). The government has not filed an opposition to the letter motion;

IT IS HEREBY ORDERED that:

1. The plaintiff's letter motion to stay this case is DENIED;

    2. The Clerk is directed to administratively CLOSE this case. The plaintiff may move to reopen the case if and when he obtains legal representation.


CHIEF, UNITED STATES DISTRICT JUDGE

February \_\_\_1\_\_\_, 2008

```
     FILED
   FEB - 1 2008
  U.S. DISTRICT COURT
  DISTRICT OF DELAWARE
```