

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2008 APR 18  PM 3: 29

Lawrence J. Riccio

104 Freedom Trail

New Castle, Delaware 19720

4/8/2008

Reference: Case Number 06-722 GMS   Riccio vs. United States of America, et.al.

Dear Judge Sleet/Cynthia Tyer-Daly,

As per my telephone message to you, my husband has been and still is looking for an attorney to represent him in his case above. We are waiting for your response to the message we left for you and are sending you this hard copy as well.

Can you please tell us how much time my husband has to find an attorney to represent him ?

Also, if needed, what is the protocol for my husband to request that a public defender be engaged to represent him ?

Enclosed please find as proof of our constant and continual search is correspondence from Mr. Siegal.

Thank you for your time and we will wait for your response.

Respectfully,

*Lawrence J. Riccio* (signature)
Lawrence J. Riccio
*Vivian C. Vischetti* (signature)
Vivian C. Vischetti-Riccio for Lawrence

The Law Office of
# MARTIN J. SIEGEL
220 No. Broadway
Pennsville, New Jersey
08070

Martin J. Siegel, NJ & DE*
Angela M. LaManna, NJ
Karin M. Wood, NJ

Phone (856) 678-6700
Fax (856) 678-2803
E-mail: MartySiegel@siegelattorney.com

*Licensed to Practice
Before all New Jersey
and Delaware State and Federal
Courts and the United States
Third Circuit Court of Appeals

February 25, 2008

Delaware Office
Creekwood Office Complex
910 W. Basin Road, Ste. 100
New Castle, DE 19720
Phone: (302) 325-2400
Fax: (302) 325-2780

Larry Riccio
104 Freedom Trail
New Castle, DE 19720

Re:   *Claim Against Veterans' Administration*

Dear Mr. Riccio:

This will confirm our recent conversations regarding your claim against the United States of America and the Veterans' Administration arising from incidents occurring at the Veterans' Administration Hospital in Elsmere, Delaware and other facilities several years ago.

As implied during our conversations, I am not currently in a position to be able to assume representation of you with regard to your potential claims. I note that the Judge of the United States District Court has now closed your file, subject to it being reopened, upon a motion filed by an attorney should you find representation. I strongly recommend that you continue to seek out competent representation to assist you in this matter.

You should not interpret my declining to represent you in this matter as being an opinion on the part of myself or any member of my firm that you have no claim to pursue. Rather, this is a decision that is based on my evaluation of a multitude of factors. I would reiterate, however, that even though your claim was apparently filed in a timely fashion, the court will only grant you so much time to seek to move to reopen your claim. Accordingly, if this is the direction you wish to take, it is essential that you continue working to obtain counsel to represent you in this case.

I wish you the best of luck.

Sincerely yours,

MARTIN J. SIEGEL
Attorney at Law

MJS/bkd



Lawrence Riccio
104 Freedom Tr.
New Castle, DE 19720-3848

WILMINGTON DE 197

FILED
CLERK U.S. DISTRICT COURT APR 2008 PM 2 T
DISTRICT OF DELAWARE

2008 APR 18 PM 3:29



Honorable Gregory M. Sleet
Chief Judge U.S. District Court
844 North King Street
Lockbox #19
Wilmington, Delaware 19801